481

Argued and submitted June 14, reversed and remanded December 24, 1996

## Brenda D. GRANNELL,
*Appellant,*

*v.*

## Carla E. SMITH,
## aka Carla E. Blivens,
*Respondent.*

(9412-08661; CA A88847)

929 P2d 1105

Jennifer E. Huenink argued the cause for appellant. On the opening brief were Brian L. Hunt and MacMillan, Scholz & Marks, P.C.

John F. Kilcullen argued the cause for respondent. With him on the brief was Brown, Roseta, Long & McConville.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Peterson v. Temple*, 323 Or 322, 918 P2d 413 (1996).